# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELIDA ARIAS, et al., | 1:12cv0586 LJO DLB |
| Plaintiffs, | ORDER GRANTING APPLICATION TO PROCEED IN FORMA PAUPERIS (Document 2) |
| v. | |
| JULIO AMADOR, et al., | |
| Defendants. | |

    Plaintiffs Elida Arias and Jose J. Martinez are proceeding with counsel in this civil rights action. Plaintiffs filed their complaint on April 13, 2012, along with an application to proceed in forma pauperis pursuant to 28 U.S.C. § 1915. Plaintiffs' application demonstrates that they are entitled to proceed without prepayment of fees and is therefore GRANTED.

    IT IS SO ORDERED.

    Dated:   April 17, 2012                 /s/ Dennis L. Beck
                                               UNITED STATES MAGISTRATE JUDGE