# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELIDA ARIAS, et al.,<br><br>    Plaintiffs,<br><br>    v.<br><br>JULIO AMADOR, et al.,<br><br>    Defendants. | Case No.  1:12-cv-00586-LJO-SAB<br><br>ORDER RE SETTLEMENT CONFERENCE |

A Settlement Conference is scheduled in this action for October 29, 2013 at 10:00 a.m. in Courtroom 9 (SAB) before Magistrate Judge Stanley A. Boone.  Since the Settlement Conference was originally scheduled when Magistrate Judge Dennis L. Beck was assigned to the case, the Court issues this order setting forth the procedural rules and requirements for settlement conferences conducted before Magistrate Judge Stanley A. Boone.  The provisions of this order shall supersede the provisions set forth in the Court's November 19, 2012 Scheduling Order to the extent that they are inconsistent.

Unless otherwise permitted in advance by the Court, **the attorneys who will try the case** shall appear at the Settlement Conference **with the parties** and the person or persons having **full authority** to negotiate and settle the case **on any terms**[1] at the conference.

---

[1] Insurance carriers, business organizations, and governmental bodies or agencies whose settlement agreements are subject to approval by legislative bodies, executive committees, boards of directors or the like shall be represented by a person or persons who occupy high executive positions in the party organization and who will be directly

*Confidential Settlement Conference Statement:* At least one (1) week prior to the Settlement Conference, the parties shall submit a Confidential Settlement Conference Statement directly to Judge Boone's chambers by e-mail to SABOrders@caed.uscourts.gov. The statement **should not be filed** with the Clerk of the Court **nor served on any other party**, although the parties may file a Notice of Lodging of Settlement Conference Statement. Each statement shall be clearly marked "confidential" with the date and time of the Settlement Conference indicated prominently thereon.

The Confidential Settlement Conference Statement shall include the following:

A. A brief statement of the facts of the case.

B. A brief statement of the claims and defenses, i.e., statutory or other grounds upon which the claims are founded; a forthright evaluation of the parties' likelihood of prevailing on the claims and defenses; and a description of the major issues in dispute.

C. A summary of the proceedings to date.

D. An estimate of the cost and time to be expended for further discovery, pretrial and trial.

E. The relief sought.

F. The party's position on settlement, including present demands and offers and a history of past settlement discussions, offers and demands.

The failure to comply with this order may result in conference being vacated.

IT IS SO ORDERED.

Dated:  **October 18, 2013**

UNITED STATES MAGISTRATE JUDGE

---

involved in the process of approval of any settlement offers or agreements. To the extent possible the representative shall have the authority, if he or she deems it appropriate, to settle the action on terms consistent with the opposing party's most recent demand.