1
2
3
4
5
6
7
8

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELIDA ARIAS, et al., | Case No.  1:12-cv-00586-LJO-SAB |
| Plaintiffs, | ORDER SETTING SCHEDULING CONFERENCE |
| v. | |
| JULIO AMADOR, et al., | |
| Defendants. | |

A settlement conference is scheduled for March 4, 2014 at 11:00 a.m. in Courtroom 9 before United States Magistrate Judge Stanley A. Boone.  Unless otherwise permitted in advance by the Court, **the attorneys who will try the case** shall appear at the Settlement Conference **with the parties** and the person or persons having **full authority** to negotiate and settle the case **on any terms**[1] at the conference.

*Confidential Settlement Conference Statement:*     Since the parties have already submitted Confidential Settlement Conference Statements in connection with the previously scheduled settlement conference in this action, the parties are not required to resubmit a

---

[1] Insurance carriers, business organizations, and governmental bodies or agencies whose settlement agreements are subject to approval by legislative bodies, executive committees, boards of directors or the like shall be represented by a person or persons who occupy high executive positions in the party organization and who will be directly involved in the process of approval of any settlement offers or agreements.  To the extent possible the representative shall have the authority, if he or she deems it appropriate, to settle the action on terms consistent with the opposing party's most recent demand.

1  Confidential Settlement Conference Statement prior to the March 4, 2014 settlement conference.

2  However, if they wish, the parties may submit an Amended Confidential Settlement Conference

3  Statement directly to Judge Boone's chambers by e-mail to SABOrders@caed.uscourts.gov at

4  least seven (7) days prior to the settlement conference.  The statement **should not be filed** with

5  the Clerk of the Court **nor served on any other party**, although the parties may file a Notice of

6  Lodging of Settlement Conference Statement.  Each statement shall be clearly marked

7  "confidential" with the date and time of the Settlement Conference indicated prominently

8  thereon.

9        The Confidential Settlement Conference Statement shall include the following:

10     A.  A brief statement of the facts of the case.

11     B.  A brief statement of the claims and defenses, i.e., statutory or other

12       grounds upon which the claims are founded; a forthright evaluation of the

13       parties' likelihood of prevailing on the claims and defenses; and a

14       description of the major issues in dispute.

15     C.  A summary of the proceedings to date.

16     D.  An estimate of the cost and time to be expended for further discovery,

17       pretrial and trial.

18     E.  The relief sought.

19     F.  The party's position on settlement, including present demands and offers

20       and a history of past settlement discussions, offers and demands.

21     Any Amended Confidential Settlement Conference Statement must be complete in and of

22 itself without reference to the prior Confidential Settlement Conference Statement.

23     The Court will vacate the settlement conference if the Court finds the settlement

24 conference will be neither productive nor meaningful to attempt to resolve all or part of this case.

25 As far in advance of the settlement conference as possible, a party shall inform the Court and

26 other parties that it believes the case is not in a settlement posture so the Court may vacate or

27 //

28 //

2

reset the settlement conference.   Otherwise the parties shall proceed with the settlement conference in good faith to attempt to resolve all or part of the case.

IT IS SO ORDERED.

Dated:   **October 30, 2013**

UNITED STATES MAGISTRATE JUDGE