1 | FRANK M. PACHECO , State Bar Number 163467
  | LAW OFFICES OF FRANK PACHECO
2 | 1222 Monaco Court, Suite 26
  | Stockton, CA 95207
3 | Telephone: (209) 937-0644

4 | Attorney for Plaintiffs Elida Arias & Jose J. Martinez

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

## FRESNO DIVISION

| ELIDA ARIAS and JOSE J. MARTINEZ, | Case No. 1:12-cv-00586-LJO-SAB |
|---|---|
| Plaintiffs, | |
| vs. | **ORDER TO CONTINUE DEFENDANTS' SUMMARY JUDGMENT MOTION HEARING** |
| JULIO AMADOR, DEDRA BORGES, JASON COLEY, PAT DAYTON, BRYAN FERREIRA, MIKE PEREZ, JON VERA, ART DE WERK, and CITY OF CERES, | |
| Defendants. | |

**IT IS HEREBY ORDERED** that Defendants' filed summary judgment motion hearing is continued to November 5, 2014, at 9:00 a.m. in Courtroom 4, in the above-entitled court located at 2500 Tulare Street, Fresno, CA 93721, and that Plaintiffs shall file its opposition to the motion pursuant to Local Rule 230(c).

Dated: September 22, 2014          By: /s/ Lawrence J. O'Neill
                                   Honorable Judge Lawrence J. O'Neill
                                   Judge of the United States District Court
                                   Eastern District of California

Order to Continue Defendants' Summary Judgment Motion Hearing