UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELIDA ARIAS and JOSE J. MARTINEZ, <br><br>               Plaintiff, <br><br>  vs. <br><br>JULIO AMADOR, et al., <br><br>               Defendants. <br>_____/ | CASE NO. 1:12-cv-586-LJO-SAB <br><br>**ORDER TO DISMISS AND CLOSE ACTION** <br>(Doc. 36.) |

Based on the parties' stipulation for dismissal under Fed. R. Civ. P. 41(a)(1)(A)(ii)[1], this Court:

    1.    DISMISSES with prejudice this entire action and all claims;

    2.    VACATES all pending dates and matters; and

    3.    DIRECTS the clerk to close this action.

IT IS SO ORDERED.

  Dated:  **September 22, 2014**          **/s/ Lawrence J. O'Neill**
                                                            UNITED STATES DISTRICT JUDGE

---

[1] The parties' stipulation to dismiss this case under Fed. R. Civ. P. 41. Doc. 36 at 1. Their request will be construed to have been brought under Fed. R. Civ. P. 41(a)(1)(A)(ii).

1