UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELIDA ARIAS and JOSE J. MARTINEZ,<br><br>               Plaintiffs,<br><br>   vs.<br><br>JULIO AMADOR, et al.,<br><br>               Defendants. | CASE NO. 1:12-cv-586-LJO-SAB<br><br>**ORDER TO REOPEN CASE AND DISMISS DEFENDANTS CITY OF CERES AND ART DE WERK (Doc. 36)** |

On September 19, 2014, the parties filed a stipulation under Fed. R. Civ. P. 41(a)(1)(A)(ii)[1] to dismiss with prejudice all claims against Defendants City of Ceres and Art De Werk only. Doc. 36. On September 22, 2014, the Court inadvertently dismissed with prejudice the entire case as to all Defendants. Doc. 39. Accordingly, this Court:

1. Directs the Clerk of Court to REOPEN this case and
2. DISMISSES with prejudice all claims against Defendants City of Ceres and Art De Werk only.

IT IS SO ORDERED.

   Dated:  **September 22, 2014**          /s/ Lawrence J. O'Neill
                                                  UNITED STATES DISTRICT JUDGE

---

[1] The parties stipulate to dismiss this case under Fed. R. Civ. P. 41. Doc. 36 at 1. Their request will be construed to have been brought under Fed. R. Civ. P. 41(a)(1)(A)(ii).

1