# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELIDA ARIAS and JOSE M. MARTINEZ,<br><br>Plaintiffs,<br><br>v.<br><br>JULIO AMADOR, *et al.*,<br><br>Defendants. | 1:12-CV-00586 LJO SAB<br><br>**ORDER DISMISSING DEFENDANT MIKE PEREZ** |

Plaintiff stipulates that Officer Mike Perez was never served with the complaint and that he may be dismissed from the above-captioned case. Therefore the Court DISMISSES Mike Perez from this case.

IT IS SO ORDERED.

   Dated: __**February 3, 2015**__        __/s/ Lawrence J. O'Neill__
                                                     UNITED STATES DISTRICT JUDGE