UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELIDA ARIAS and JOSE M. MARTINEZ,<br><br>Plaintiffs,<br><br>v.<br><br>JULIO AMADOR, *et al.*,<br><br>Defendants. | 1:12-CV-00586 LJO SAB<br><br>ORDER RE: DEFENDANT DEDRA BORGES |

Parties stipulate that no claims remain against Defendant Dedra Borges and that she may be dismissed from the above-captioned case. Therefore the Court DISMISSES Dedra Borges from this case.

IT IS SO ORDERED.

Dated: **February 6, 2015**         **/s/ Lawrence J. O'Neill**
                                     UNITED STATES DISTRICT JUDGE

1