

FEB 06 2014
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY
DEPUTY CLERK

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**
**FRESNO DIVISION**

| | |
|---|---|
| ELIDA ARIAS,<br><br>Plaintiff,<br><br>v.<br><br>JULIO AMADOR, JASON COLEY, and PAT DAYTON,<br><br>Defendants. | **Case No. 1:12-cv-00586-LJO-SAB**<br><br>**VERDICTS OF TRIAL JURY (Arias)** |

We, the jury in the above-entitled case find the following verdicts on the questions submitted to us.

## FOURTH AMENDMENT CLAIM – EXCESSIVE FORCE

Question 1: Has plaintiff Elida Arias proved by a preponderance of the evidence that any defendant violated her Fourth Amendment rights under the U.S. Constitution not to have excessive force used against her?

| | | |
|---|---|---|
| Jason Coley | Yes_______ | No X |
| Julio Amador | Yes_______ | No X |
| Pat Dayton | Yes_______ | No X |

If you answered yes to any of the defendants in question 1, answer question number 2. If you answered "No" to all of the defendants proceed to question 3.

Question 2: Do you find by a preponderance of the evidence that the use of unreasonable and excessive force by any defendant was a substantial factor in causing harm to Plaintiff Elida Arias?

Jason Coley Yes_______ No_______

Julio Amador Yes_______ No_______

Pat Dayton Yes_______ No_______

Proceed to question 3.

**FOURTH AMENDMENT CLAIM – UNLAWFUL SEIZURE**

Question 3: Has Plaintiff Elida Arias proved by a preponderance of the evidence that any defendant violated her Fourth Amendment rights under the United States Constitution by taking her into custody without probable cause?

| | | |
|---|---|---|
| Jason Coley | Yes_______ | No X |
| Julio Amador | Yes_______ | No X |
| Pat Dayton | Yes_______ | No X |

If you answered yes to any of the defendants in question 3, answer question number 4. If you answered "No" to all of the defendants proceed to question 5.

Question 4: Do you find by a preponderance of the evidence that a violation by a particular defendant of plaintiff Elida Arias' Fourth Amendment rights not to be taken into custody without probable cause, was a substantial factor in causing harm to Plaintiff Elida Arias?

Jason Coley Yes_______ No_______

Julio Amador Yes_______ No_______

Pat Dayton Yes_______ No_______

If you answer "yes", to question 4 or question 2, please proceed to question 5.

If you answer "no" to question 4 and question 2, please proceed to page 7 and sign the form.

Question 5: What is the amount of any damages you find was caused to plaintiff, Elida Arias, by the wrongful conduct of any defendant?

Jason Coley $ 0

Julio Amador $ 0

Pat Dayton $ 0

Go to page 7 and sign the form.

AS TO ELIDA ARIAS

I certify that the foregoing verdicts are unanimous.

Dated: February 6 2015

Jury Foreperson