**FILED**

FEB 06 2014

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
By _____
DEPUTY CLERK

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA
### FRESNO DIVISION

JOSE J. MARTINEZ,

    Plaintiff,

v.

JASON COLEY,

    Defendant.

Case No. 1:12-cv-00586-LJO-SAB

**VERDICTS OF TRIAL JURY (Martinez)**

  We, the jury in the above-entitled case find the following verdicts on the questions submitted to us.

1

## **FOURTH AMENDMENT CLAIM – EXCESSIVE FORCE**

Question 1:   Has plaintiff Jose Martinez proved by a preponderance of the evidence that defendant Jason Coley violated his Fourth Amendment rights under the U.S. Constitution not to have excessive force used against him?

Yes_____          No_______

If you answer "yes" to question 1, proceed to question 2.  If you answer "no" to question 1 proceed to page 5 and sign this form.

2

VERDICT FORM

Question 2:    Do you find by a preponderance of the evidence that the use of excessive force by Officer Coley was a substantial factor in causing harm to Plaintiff Jose Martinez?

Yes_____        No_____

If you answer "yes" to question 2, proceed to question 3.  If you answer "no" to question 2 proceed to page 5 and sign this form.

VERDICT FORM

Question 3: What is the amount of any damages you find was caused to plaintiff, Jose Martinez, by the wrongful conduct of a defendant?

$_____

Proceed to page 5 and sign this form.

4

AS TO JOSE MARTINEZ

I certify that the foregoing verdicts are unanimous.

Dated: February 6 2015

Jury Foreperson

5