## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

**JUDGMENT IN A CIVIL CASE**

**ELIDA ARIAS, ET AL.,**

        v.

CASE NO: **1:12–CV–00586–LJO–SAB**

**JULIO AMADOR, ET AL.,**

---

**XX** –– **Jury Verdict.** This action came before the Court for trial by jury. The issues have been tried and the jury has rendered its verdict.

IT IS ORDERED AND ADJUDGED

**THAT JUDGMENT IS HEREBY ENTERED IN ACCORDANCE WITH THE JURY VERDICT RENDERED February 6, 2015**

 

**Marianne Matherly**
Clerk of Court

ENTERED: **February 6, 2015**

by: /s/ I. Munoz
        Deputy Clerk