# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELIDA ARIAS, et al., <br><br> Plaintiffs, <br><br> v. <br><br> JULIO AMADOR, et al., <br><br> Defendants. | Case No. 1:12-cv-00586-LJO-SAB <br><br> ORDER DENYING BILL OF COSTS PURSUANT TO STIPULATION <br><br> (ECF Nos. 88, 89) |

A jury trial was conducted in this action and the jury returned a verdict in favor of the defendants. (ECF Nos. 84, 85.) On February 20, 2015, Defendants submitted a bill of costs. (ECF. No. 88.) On March 4, 2015, the parties submitted a stipulation that Plaintiffs have agreed to waive their right to appeal the jury verdict in exchange for Defendants waiving their costs.

Accordingly, IT IS HEREBY ORDERED THAT pursuant to the stipulation of the parties, the bill of costs filed February 20, 2015 is DENIED.

IT IS SO ORDERED.

Dated:  **March 13, 2015**

UNITED STATES MAGISTRATE JUDGE

1